**Form NTCREDOC** (05/19)

## United States Bankruptcy Court
## Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**William Reinke**<br>3515 Gale Rd<br>Eaton Rapids, MI 48827<br>SSN: xxx–xx–9118<br><br><div align="right">**Debtor**</div> | **Case Number 19–05138–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

### NOTICE REGARDING FILED DOCUMENT

You are hereby notified that the court acknowledges the filing of Reaffirmation Agreement (Document # 14) on 3/17/2020 in the above–referenced case. See LBR 5005–2(e).

**Please note the following:**

Case name and number do not match.

PLEASE TAKE NOTICE that if the errors or deficiencies noted above are not promptly corrected or otherwise addressed, the Clerk may bring the issue to the attention of the assigned judge for appropriate action, which may include holding a hearing, denying the relief requested in the document, or other disposition.

If you have any questions, please contact the ECF Helpdesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov, calling (616) 456–2693 or by using online chat via www.miwb.uscourts.gov.



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** March 19, 2020

/S/_____
H. Burse
Deputy Clerk